AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Devin Kiel Rossman<br><br>_____<br>Defendant | ) Case: 1:22-mj-00105<br>) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 5/12/2022<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ _____ Devin Kiel Rossman _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) (D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     05/12/2022                                           _Robin M. Meriweather_     2022.05.12 12:49:03 -04'00'
                                                                            _Issuing officer's signature_

City and state:          Washington, D.C.                    Robin M. Meriweather , U.S. Magistrate Judge
                                                                            _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 05/12/2022 , and the person was arrested on _(date)_ 05/16/2022<br>at _(city and state)_    KANSAS CITY, MO    . |
| Date: 05/16/2022                          _Arresting officer's signature_<br><br>                          VINCENT KINGSTON, FBI TFO<br>                          _Printed name and title_ |