

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN AND ST. JOSEPH DIVISIONS**
Charles Evans Whittaker Courthouse
400 E. 9th Street, Room 1510
Kansas City, Missouri, 64106
(816) 512-5000

Transfer of ☐ Criminal Case   or ☑ Magistrate Case
WDMO Case No.: 4:22-mj-00049-LMC-1   **Case Title:** USA v Devin Kiel Rossman

Dear Sir/Madam:

**Pursuant to** ☑ **F.R.Cr.P. 5** ☐ **F.R.Cr.P. 32**
☑ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to F.R.Cr.P. 20**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction** ☐ Supervised Release   ☐ Probation
☐ Attached are the last charging document, the judgment and commitment, revocation orders (if any),
   and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

Sincerely,

Paige Wymore-Wynn, Clerk of Court

By  s/ Greg Melvin_____
     Deputy Clerk

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to

Clerk, U.S. District Court

Date: _____       By: _____
                                          Deputy Clerk

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Devin Kiel Rossman | )   Case: 1:22-mj-00105<br>)   Assigned to: Judge Meriweather, Robin M.<br>)   Assign Date: 5/12/2022<br>)   Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*       Devin Kiel Rossman       ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) (D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in a Capitol Building.

 

2022.05.12 12:49:03
-04'00'

Date:     05/12/2022                                *Issuing officer's signature*

City and state:       Washington, D.C.         Robin M. Meriweather , U.S. Magistrate Judge
                                                           *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   05/12/2022 , and the person was arrested on *(date)*   05/16/2022<br>at *(city and state)*   KANSAS CITY, MO .<br><br>Date: 05/16/2022                                                                                                              *Arresting officer's signature*<br><br>                                                    VINCENT KINGSTON, FBI TFO<br>                                                        *Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | Case: 1:22-mj-00105 |
| v. | ) | Assigned to: Judge Meriweather, Robin M. |
| | ) | Assign Date: 5/12/2022 |
| Devin Kiel Rossman | ) | Description: COMPLAINT W/ ARREST WARRANT |
| DOB: XXXXXX | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) - | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2) (D) - | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Vincent Kingston , Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:  ___05/12/2022___

2022.05.12 12:48:40 -04'00'

_____
*Judge's signature*

City and state:  _____Washington, D.C._____  Robin M. Meriweather , U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Your affiant, Vincent Kingston, is a Task Force Officer assigned to the Kansas City FBI Field Office. In my duties as a task force officer, I investigate Domestic Terrorism Matters. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a task force officer, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

1

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Conduct of Devin Rossman

On January 7, 2021, the FBI received an anonymous tip that DEVIN ROSSMAN of Independence, Missouri posted a video of himself on Facebook standing on the balcony of the Capitol Building and was wearing a brown jacket. Based on the information received in the tip, investigators requested and received background information on ROSSMAN from law enforcement databases, including identifying information, residential addresses, a copy of ROSSMAN's driver's license photograph, and phone number associated with ROSSMAN ending in 4193.

According to records obtained through a search warrant which was served on Google, a mobile device associated with devkiross@gmail.com was present at the U.S. Capitol on January 6, 2021. Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. As a result, Google assigns a "maps display radius" for each location data point. Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point. Finally, Google reports that its "maps display radius" reflects the actual location of the covered device approximately 68% of the time. In this case, Google location data shows that a device associated with devkiross@gmail.com was in various locations within the U.S. Capitol for approximately one hour and fifty-three minutes. Google records show that the "maps display radius" for this location data ranged from 10 meters to 431 meters, in which the majority of the data points encompassed an area that was entirely within the U.S. Capitol Building. Google provided subscriber information on ROSSMAN's Google email account, devkiross@gmail.com, which included a recovery phone number of ending in 4193, which matched information contained in law enforcement databases for ROSSMAN.

On June 23, 2021, I observed an open-source video posted to the social networking site, TikTok, that depicted an individual inside the Capitol Building on January 6, 2021. At the 20 second mark in the video, a white male with a beard wearing a tan jacket or shirt, blue jeans, and a baseball cap with sunglasses perched atop was seen descending stairs inside the Capitol Building. A screenshot of the video is included as Exhibit 1, below:

2

## Exhibit 1



In comparison to the CCTV and Facebook images of ROSSMAN on January 6, 2021 (below), and ROSSMAN's driver's license photograph, as well as other corroborating information, I believe the individual in the TikTok video is ROSSMAN.

ROSSMAN's location and activity while inside the Capitol building was captured by internal surveillance cameras. On July 1, 2021, FBI Kansas City reviewed a video captured from closed-captioned Closed-circuit television (CCTV) cameras from inside the U.S. Capitol on January 6, 2021. One video depicted individuals entering and exiting an exterior door. An individual matching ROSSMAN's description was seen in the video. The individual was making his way towards the exit, had a beard, and was wearing a tan jacket and baseball cap with sunglasses on top of the cap. Exhibits 2-4, below, are still images from the video:

## Exhibit 2



0126 USCS 01 Upper West Terrace
01/06/2021 19:38:00

3

**Exhibit 3**



**Exhibit 4**



4

In other CCTV videos, an individual matching ROSSMAN's description can be seen with other individuals in an interior hallways on the second floor of the U.S. Capitol Building on January 6, 2021. The invidual matching ROSSMAN's description was seen entering an office, and then re-appearing in the hallway. Exhibits 5-8, below, are still images from the videos:

**Exhibit 5**



**Exhibit 6**

5

**Exhibit 7**



0935 USCH 02 H230
01/06/2021 19:34:39

**Exhibit 8**



0935 USCH 02 H230
01/06/2021 19:35:55

6

The CCTV video evidence of the individual matching the description of ROSSMAN at the the U.S. Capitol building is consistent with the time and location that ROSSMAN's digital device entered the U.S. Capitol, as reflected in the records provided by Google referenced above. Furthermore, after comparing to the open-source and Facebook images of ROSSMAN on January 6, 2021, and ROSSMAN's driver's license photograph, as well as other corroborating information, I believe the individual in the CCTV videos is ROSSMAN.

On October 20, 2021, the FBI executed a search warrant on ROSSMAN's Facebook account. Prior to obtaining the search warrant, account information for the Facebook account showed that it was registered to "Devin Rossman" with the phone number referenced above ending in 4193 and the email address, devkiross@gmail.com, which matches the law enforcement background information and the subscriber information received from Google for ROSSMAN referenced above.

Upon receiving the Facebook search warrant results, the FBI reviewed Facebook private messages associated with ROSSMAN's Facebook account confirming that ROSSMAN traveled to Washington, D.C. to participate in the events at the U.S. Capitol on January 6, 2021. ROSSMAN admitted in private messages to more than one person that he entered the U.S. Capitol and was present during the events of January 6, 2021. In more than one conversation, ROSSMAN admitted that he entered U.S. House of Representative Speaker Nancy J. Pelosi's office. ROSSMAN described what he viewed inside her office, including an open laptop and several television screens. Exhibits 9 – 10 are images located in the Facebook account:

**Exhibit 9**



Photo ID  2194894403975610

**Exhibit 10**



Additional images reviewed from ROSSMAN's Facebook included apparent photographs taken by ROSSMAN at the U.S. Capitol on January 6, 2021. In Exhibit 11, below, ROSSMAN can be seen with a beard wearing a tan jacket or shirt and a baseball cap with sunglasses. After comparing to the open-source and CCTV images of ROSSMAN on January 6, 2021 (above), and ROSSMAN's driver's license photograph, as well as other cooberating information, I believe the individual in Exhibit 11 is ROSSMAN.

**Exhibit 11**



8

The review ROSSMAN's Facebook account further revealed the original photo of ROSSMAN at the U.S. Capitol, which initiated this investigation.  ROSSMAN admitted in Facebook private messages that he was the person in the photo and referred to himself as the one in the brown coat in Exhibit 12, below.

### Exhibit 12



*Charges*

Based on the foregoing, your affiant submits that there is probable cause to believe that Devin Kiel Rossman violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government

9

business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Devin Kiel Rossman violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.
.

_____

Vincent Kingston
Task Force Officer
FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 12th day of May 2022.

_____

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  22-MJ-00049-LMC-1** |
| | ) | |
| **DEVIN KIEL ROSSMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE PURSUANT TO THE
<u>DUE PROCESS PROTECTIONS ACT</u>**

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence – that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so.   Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

DATE: May 16, 2022

*/s/ W. Brian Gaddy*
W. BRIAN GADDY
UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| _____ | ) | Charging District's Case No. |
| *Defendant* | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
**(Complaint or Indictment)**

I understand that I have been charged in another district, the *(name of other court)*  _____

_____ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been
        committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise,
        unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❏     an identity hearing and production of the warrant.

❏     a preliminary hearing.

❏     a detention hearing.

❏     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary
      or detention hearing to which I may be entitled in this district.  I request that my
      ❏  preliminary hearing and/or  ❏  detention hearing be held in the prosecuting district, at a time set by
      that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date: _____          *Devin Rossman*
                                       _____
                                       *Defendant's signature*

                                       _____
                                       *Signature of defendant's attorney*

                                       _____
                                       *Printed name of defendant's attorney*

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Western District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   22-mj-0049-LMC (WBG) |
| Devin Kiel Rossman | ) | |
| | ) | Charging District's Case No.   1:22-mj-00105 |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

District of Columbia                                                                                                          .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☑    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    05/16/2022                                    *Devin Rossman*
                                                          *Defendant's signature*

                                                          *Travis D. Poindexter*
                                                          *Signature of defendant's attorney*

                                                          Travis D. Poindexter
                                                          *Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                          Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No. 22-0049C-01 |
| DEVIN KIEL ROSSMAN | ) | |
| *Defendant* | | |

**ORDER SETTING CONDITIONS OF RELEASE**

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)     The defendant must not violate federal, state, or local law while on release.

(2)     The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)     The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)     The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

        The defendant must appear at:

                                                    *Place*

        on
                                                *Date and Time*
        If blank, defendant will be notified of next appearance.

(5)     The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 10/20) Additional Conditions of Release                                                Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(☐) (6) The defendant is placed in the custody of:

Person or organization
Address (only if above is an organization)
City and state                                                                    Tel. No.
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                                                        Custodian                              Date

(☒) (7) The defendant must:
(☒)   (a) submit to supervision by and report for supervision to the Pretrial Services Officer as directed.
      telephone number                    , no later than                    .
(☒)   (b) continue or actively seek employment.
(☐)   (c) continue or start an education program.
(☐)   (d) surrender any passport to:
(☐)   (e) not obtain a passport or other international travel document.
(☒)   (f) abide by the following restrictions on personal association, residence, or travel:
      Western District of Missouri and Wyandotte and Johnson Counties in KS.
      **unless traveling for Court or meeting with an attorney.**
(☒)   (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
      ~~Not to associate with anyone that has been convicted or currently charged in Court with possession/sale of controlled substances.~~ →ᴬᴶᴮ
(☐)   (h) get medical or psychiatric treatment:
      Mental Health Treatment as directed.
(☐)   (i) return to custody each          at        o'clock after being released at        o'clock for employment, schooling, or the following purposes:

(☐)   (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
(☒)   (k) not possess a firearm, destructive device, or other weapon.
(☒)   (l) not use alcohol (☐) at all (☒) **excessively.**
(☒)   (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(☒)   (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
(☒)   (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
(☐)   (p) participate in one of the following location restriction programs and comply with its requirements as directed:
      (☐)   (i)    **Curfew.** You are restricted to your residence every day (☐) from        to        , or (☐) as directed by the pretrial services office or supervising officer; or
      (☐)   (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious service; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      (☐)   (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
      (☐)   (iv)   **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
                   **Note**: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
(☐)   (q) submit to the following location monitoring technology and comply with its requirements as directed:
      (☐)   (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
      (☐)   (ii)   Voice Recognition; or
      (☐)   (iii)  Radio Frequency; or
      (☐)   (iv)   GPS

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.
( ☒ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
( ☒ ) (t) *Report to Pretrial Services prior to any Court appearance.

Stay away from the District of Columbia while on release except he may travel to the District of Columbia to meet with lawyers and for my required court appearances. WBG

AO 199B (Rev. 10/20) Additional Conditions of Release                                                        Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

 Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

 While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i. e., in addition to) to any other sentence you receive.

 It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

 If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

 (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than ten years, or both;

 (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

 (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

 (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

(☒) The defendant is ORDERED released after processing.

(☐) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: May 16, 2022  _____
*Judicial Officer's Signature*

_____
U.S. Magistrate Judge W. Brian Gaddy
*Printed name and title*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
### Western District of Missouri

| | |
|---|---|
| United States of America, | ) |
| v. | ) |
| | ) |
| DEVIN KIEL ROSSMAN | )   Case No. 22-0049C-01 |
| *Defendant* | ) |

## APPEARANCE BOND

I, Devin Kiel Rossman (defendant), agree to follow every order of this court, or any court that considers this case, and I
further agree that this bond may be forfeited if I fail:

( ✕ ) to appear for court proceedings;

( ✕ ) if convicted, to surrender to serve a sentence that the court may impose; or

( ✕ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ✕ ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____

(   ) (3) This is a secured bond of $ _____ , secured by:

   (   ) (a) $_____ , in case deposited with the court.

   (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
     *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of*
     *ownership and value):*

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above
agreement. The court may immediately order the amount of the bond surrendered to the United States, including the
security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court
may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including
interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the
security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to
serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant — and each surety — declare under penalty of perjury that:

   (1)     all owners of the property securing this appearance bond are included on the bond;

   (2)     the property is not subject to claims, except as described above; and

   (3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value
        while this appearance bond is in effect.

*Acceptance.* I, the defendant — and each surety — have read this appearance bond and have either read all the conditions
of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant — and each surety — declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:  **5/16/22**
_____

_____
*Defendant's signature*

_____
*Surety/property owner - printed name*

_____
*Surety/property owner - signature and date*

_____
*Surety/property owner - printed name*

_____
*Surety/property owner - signature and date*

_____
*Surety/property owner - printed name*

_____
*Surety/property owner - signature and date*

*CLERK OF COURT*

Date:  **5/16/22**
_____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date:  **5/16/22**
_____

_____
*Judge's signature*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | **Western District of Missouri** |
| | **)** | **Case No. 22-MJ-00049-01-LMC(WBG)** |
| **vs.** | **)** | |
| | **)** | **District of Columbia** |
| **DEVIN KIEL ROSSMAN,** | **)** | **Case No. 1:22-mj-00105-RMM** |
| | **)** | |
| **Defendant.** | **)** | |

## ORDER

On May 16, 2022, Defendant Devin Rossman appeared with appointed counsel, Travis Poindexter, on a warrant issued for a criminal complaint issued by the United States District Court for the District of Columbia.  Defendant knowingly and voluntarily waived his identity and removal hearing and preliminary hearing.  As the Government did not seek pretrial detention in this matter, Defendant was released on a personal recognizance bond and conditions of release were set and reviewed.  It is, therefore,

ORDERED that this matter is transferred to the United States District Court for the District of Columbia for all further proceedings consistent with Fed. R. Crim. P. 5(c)(3).  It is further

ORDERED that Defendant appear next on May 24, 2022 at 1:00 p.m. EDT via Zoom video conference.

DATE: May 16, 2022                       */s/ W. Brian Gaddy*
                                              W. BRIAN GADDY
                                              UNITED STATES MAGISTRATE JUDGE

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

CLOSED

# U.S. District Court
# Western District of Missouri (Kansas City)
# CRIMINAL DOCKET FOR CASE #: 4:22-mj-00049-LMC-1

Case title: USA v. Rossman

Date Filed: 05/16/2022

Other court case number: 1:22-mj-00105 District of
Columbia

Date Terminated: 05/16/2022

---

Assigned to: Magistrate Judge Lajuana
M. Counts

**Defendant (1)**

**Devin Kiel Rossman**
*TERMINATED: 05/16/2022*

represented by **FPD**
Federal Public Defender
818 Grand Boulevard
Suite 300
Kansas City, MO 64106
(816) 471-8282
Email: leticia_robinett@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*
*Bar Status:*

**Ronna Holloman-Hughes**
Federal Public Defender's Office -
KCMO Walnut Street
1000 Walnut
Ste. 600
Kansas City, MO 64106
816-471-8282
Fax: 816-471-8008
Email: ronna_holloman-hughes@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|

None

| **Highest Offense Level (Opening)** | |
|---|---|

None

| **Terminated Counts** | **Disposition** |
|---|---|

None

| **Highest Offense Level (Terminated)** | |
|---|---|

None

| **Complaints** | **Disposition** |
|---|---|

18 U.S.C. § 1752(a)(1) - Entering and
Remaining in a Restricted Building or
Grounds, 18 U.S.C. § 1752(a)(2) -
Disorderly and Disruptive Conduct in a
Restricted Building or Grounds, 40
U.S.C. § 5104(e)(2) (D) - Disorderly
Conduct in a Capitol Building, 40
U.S.C. § 5104(e)(2)(G) Parading,
Demonstrating, or Picketing in a
Capitol Building.

---

**Plaintiff**

**USA**                          represented by   **Matthew A Blackwood**
United States Attorney's Office-KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
816-426-3122
Email: matthew.blackwood@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2022 | 1 | |

| | | RULE 5 as to Devin Kiel Rossman. (Attachments: # 1 Arrest Warrant) (Nolte, Melissa) (Entered: 05/16/2022) |
|---|---|---|
| 05/16/2022 | | Attorney update in case as to Devin Kiel Rossman. Attorney Matthew A Blackwood for USA added. (Nolte, Melissa) (Entered: 05/16/2022) |
| 05/16/2022 | 2 | WAIVER of Rule 5(c)(3) Hearings by Devin Kiel Rossman (Poindexter, Travis) (Entered: 05/16/2022) |
| 05/16/2022 | 3 | Minute Entry for proceedings held before Magistrate Judge W. Brian Gaddy: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings, REMOVAL/IDENTITY HEARING and BOND HEARING as to Devin Kiel Rossman held on 5/16/2022.

All parties present and ready for hearing, defendant present in custody. The Court advises defendant of the charges, penalties and rights. Defendant is charged by way of Complaint out of the District of Columbia 1:22-mj-00105-RMM. Defendant requests the Court appoint counsel for him. The Federal Public Defender was appointed and will assist the defendant with filling out the Financial Affidavit (CJA 23 form), which will then be filed in ECF.

As required by Rule 5(f), the Court ordered the United States to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, disciplinary action, and contempt proceedings.

The Court finds the defendant voluntarily waives his right to a Removal/Identity hearing. The defendant also requests that his preliminary hearing be held in the District of Columbia. The Court advises the defendant of Rule 20 and Rule 5. The waiver will be filed.

Government did not seek pretrial detention. Court sets personal recognizance bond. Conditions of release reviewed. Defendant shall next appear on Tuesday, May 24, 2022 at 1:00 p.m. EDT before Magistrate Judge Robin Meriweather via Zoom video conference. The video conference instructions were provided to defendant.

Order of removal to follow.

Counsel appearing for USA: Matt Blackwood. Counsel appearing for Defendant: Travis Poindexter, Duty FPD. Pretrial/Probation Officer: Penney Hodges. Time in court: 3:03 p.m. to 3:33 p.m. To order a transcript of this hearing please contact Melissa Nolte, 816-512-5064. This is a TEXT ONLY ENTRY. No document is attached. (Nolte, Melissa) (Entered: 05/16/2022) |
| 05/16/2022 | 4 | NOTICE PURSUANT TO THE DUE PROCESS PROTECTIONS ACT as to Devin Kiel Rossman. Signed on 5/16/22 by Magistrate Judge W. Brian Gaddy. (Williams, Teresa) (Entered: 05/16/2022) |
| 05/16/2022 | 5 | |

| | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Devin Kiel Rossman. Signed on 5/16/2022 by Magistrate Judge W. Brian Gaddy. (Nolte, Melissa) (Entered: 05/16/2022) |
|---|---|---|
| 05/16/2022 | 6 | AMENDED WAIVER of Rule 5(c)(3) Hearings by Devin Kiel Rossman. (Nolte, Melissa) Modified on 5/16/2022 to reflect *Amended* (Nolte, Melissa). (Entered: 05/16/2022) |
| 05/16/2022 | 7 | ORDER OF REMOVAL to United States District Court for the District of Columbia as to Devin Kiel Rossman. Signed on May 16, 2022 by Magistrate Judge W. Brian Gaddy. (Kanoy, Sarah) (Entered: 05/16/2022) |
| 05/17/2022 | | Attorney update in case as to Devin Kiel Rossman. Attorney Ronna Holloman-Hughes for Devin Kiel Rossman added. (Nolte, Melissa) (Entered: 05/17/2022) |
| 05/17/2022 | 8 | Notice to District of Columbia of a Rule 5 Transfer as to Devin Kiel Rossman. Your case number is: 1:22-mj-00105-RMM. If you require certified copies of any documents, please send a request to kcgen@mow.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (Attachments: # 1 Documents) (Melvin, Greg) (Entered: 05/17/2022) |
| 05/17/2022 | 9 | ORDER setting conditions of release as to Devin Kiel Rossman. Defendant released on a personal recognizance bond. Signed on 5/16/22 by Magistrate Judge W. Brian Gaddy. (Williams, Teresa) (Entered: 05/17/2022) |
| 05/17/2022 | 10 | Personal Recognizance BOND ENTERED as to Devin Kiel Rossman (Williams, Teresa) (Entered: 05/17/2022) |
| 05/18/2022 | 11 | AFFIDAVIT of Financial Status of Devin Kiel Rossman. (Holloman-Hughes, Ronna) (Entered: 05/18/2022) |