UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:22-mj-00105-RMM |
| | : | |
| DEVIN KIEL ROSSMAN | : | |
| | : | |
| Defendant. | : | |

CONSENT MOTION TO CONTINUE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America hereby moves this Court vacate the July 28, 2022 preliminary hearing scheduled in the above-captioned matter, and set a status conference in 60 days, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).   In support of its motion, the government states as follows:

Discovery has been produced, and the parties are engaging in initial discussions regarding potential resolution of this matter. The undersigned counsel is authorized to state that the counsel for the defendant has agreed that the status conference set for August 1, 2022 in this case should be continued to permit additional time (60 days) for the defendant to consider the government's plea offer. Additionally, counsel for the defendant consents to the tolling of the Speedy Trial Act until the next status conference date.

WHEREFORE, the government respectfully requests that this Court grant the motion to vacate the scheduled status hearing, grant a 60-day continuance of the above-captioned

proceeding, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar Number 481052

By: */s/ Andrew J. Tessman*
     ANDREW J. TESSMAN
     Assistant United States Attorney
     Federal Major Crimes – Detailee
     West Virginia Bar No. 13734
     300 Virginia Street
     Charleston, WV 25301
     (304) 345-2200
     Andrew.Tessman@usdoj.gov