UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:22-mj-00105-RMM |
| | : | |
| **DEVIN KIEL ROSSMAN** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Based upon the representations in the Consent Motion to Continue and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on August 2, 2022 be continued for good cause to October 4, 2022 at 1:00 pm; and it is further

**ORDERED** that the time between August 2, 2022 and October 4, 2022 shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties with additional time to review discovery and engage in discussions regarding a potential pretrial resolution.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge