**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 1:22-cr-280** |
| | : | |
| **DEVIN KIEL ROSSMAN,** | : | **Honorable Chief Judge Beryl A. Howell** |
| | : | |
| **Defendant.** | : | |

**REPORT AND POSITION REGARDING PUBLIC**
**RELEASE OF PHOTO AND VIDEO EVIDENCE**

The United States will make the following video and photo evidence available to the Court electronically in preparation for the plea hearings and sentencings of the defendants in the above referenced matter:

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 1 | 266T-KC-3433423_0000008_1A0000005_0000001.MP4 | Open source: TikTok | 1 minute, 5 seconds | Stairs inside the Capitol building. |
| 2 | VID_20210106_143131332.mp4 | Capitol Riot defendant Hunter Palm's seized device | 2 minutes, 51 seconds | Speaker's Office Suites |
| 3 | 266T-KC-3433423_0000010_1A0000008_0000001.PNG | Capitol Police | N/A | Exit to Upper West Terrace |
| 4 | 266T-KC-3433423_0000010_1A0000008_0000002.PNG | Capitol Police | N/A | Exit to Upper West Terrace |
| 5 | 266T-KC-3433423_0000010_1A0000008_0000003.PNG | Capitol Police | N/A | Exit to Upper West Terrace |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 6 | 266T-KC-3433423_0000011_1A0000009_0000001.PNG | Capitol Police | N/A | Hallway near office H227 |
| 7 | 266T-KC-3433423_0000011_1A0000009_0000002.PNG | Capitol Police | N/A | Hallway near office H227 |
| 8 | 266T-KC-3433423_0000011_1A0000009_0000003.PNG | Capitol Police | N/A | Hallway near office H227 |
| 9 | 266T-KC-3433423_0000012_1A0000010_0000001.PNG | Capitol Police | N/A | Hallway near office H227 |
| 10 | 266T-KC-3433423_0000012_1A0000010_0000002.PNG | Capitol Police | N/A | Hallway near office H227 |
| 11 | 266T-KC-3433423_0000012_1A0000010_0000003.PNG | Capitol Police | N/A | Hallway near office H227 |
| 12 | 266T-KC-3433423_0000013_1A0000011_0000001.PNG | Capitol Police | N/A | Exit to Upper West Terrace |
| 13 | 266T-KC-3433423_0000013_1A0000011_0000003.PNG | Capitol Police | N/A | Exit to Upper West Terrace |
| 14 | 266T-KC-3433423_0000014_1A0000012_0000001.PNG | Capitol Police | N/A | Hallway near office H227 |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 15 | 266T-KC-3433423_0000014_1A0000012_0000002.PNG | Capitol Police | N/A | Hallway near office H227 |
| 16 | 266T-KC-3433423_0000014_1A0000012_0000003.PNG | Capitol Police | N/A | Hallway near office H227 |
| 17 | 266T-KC-3433423_0000015_1A0000013_0000001.PNG | Capitol Police | N/A | Hallway near office H230 |
| 18 | 266T-KC-3433423_0000015_1A0000013_0000002.PNG | Capitol Police | N/A | Hallway near office H230 |
| 19 | 266T-KC-3433423_0000015_1A0000013_0000004.PNG | Capitol Police | N/A | Hallway near office H230 |
| 20 | 266T-KC-3433423_0000015_1A0000013_0000005.PNG | Capitol Police | N/A | Hallway near office H230 |
| 21 | 266T-KC-3433423_0000015_1A0000013_0000006.PNG | Capitol Police | N/A | Hallway near office H230 |
| 22 | 266T-KC-3433423_0000015_1A0000013_0000007.PNG | Capitol Police | N/A | Hallway near office H230 |
| 23 | 266T-KC-3433423_0000019_1A0000017_0000001.PNG | Capitol Police | N/A | North Screening Egress |
| 24 | Picture1.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | West side of Capitol building |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 25 | Picture2.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | West side of Capitol building |
| 26 | Picture3.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Outside of Capitol building |
| 27 | Picture4.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | West side of Capitol building |
| 28 | Picture5.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Outside of Capitol building |
| 29 | Picture6.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Speaker's Office Suite |
| 30 | Picture7.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | West side of Capitol building |
| 31 | Picture8.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Speaker's Office Suite |
| 32 | Picture9.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | West side of Capitol building |
| 33 | Picture10.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | West side of Capitol building |
| 34 | Picture11.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Unknown |
| 35 | Picture12.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Unknown |
| 36 | Picture13.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Unknown |
| 37 | Picture14.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Unknown |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 38 | Picture15.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Unknown |
| 39 | Picture16.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Unknown |
| 40 | Picture17.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Unknown |
| 41 | Picture18.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Unknown |
| 42 | Picture19.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Unknown |
| 43 | Picture20.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Unknown |
| 44 | Picture21.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Unknown |
| 45 | Picture22.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Unknown |
| 46 | Picture23.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Washington, D.C. |
| 47 | Picture24.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Washington Monument |
| 48 | Picture25.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Washington, D.C. |
| 49 | Picture26.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Washington Monument |
| 50 | Picture27.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Washington, D.C. |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 51 | Picture28.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Washington, D.C. |
| 52 | Picture29.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Washington, D.C. |
| 53 | Picture30.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Washington, D.C. |
| 54 | Picture31.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Washington, D.C. |
| 55 | Picture32.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Washington, D.C. |
| 56 | Picture33.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Washington, D.C. |
| 57 | Picture34.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Washington, D.C. |
| 58 | Picture35.png | Image from Facebook account of Devin Rossman – messages attachment | N/A | Outside of U.S. Capitol |

The Government does not object to the public release of any of the photos or videos on this list.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: */s/ Andrew J. Tessman*
ANDREW J. TESSMAN
Assistant United States Attorney

District of Columbia, Detailee
West Virginia Bar No. 13734
300 Virginia Street
Charleston, WV 25301
(304) 345-2200
Andrew.Tessman@usdoj.gov