

FILED
SEP 9 - 2022
Clerk, U.S. District and Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 22-CR-_____ |
| | : | 22-MJ-105 |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| DEVIN KIEL ROSSMAN, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, DEVIN KIEL ROSSMAN ("ROSSMAN" or "defendant"), with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected

members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted

those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.  Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *ROSSMAN's Participation in the January 6, 2021, Capitol Riot*

8.  The defendant, Devin Kiel Rossman, lives in Independence, Missouri. On January 5, 2021, the defendant traveled by bus from Missouri to Washington D.C., and arrived in Washington D.C. the morning of January 6, 2021. The purpose of the defendant's trip to Washington, D.C., was to protest Congress' certification of the Electoral College.

9.  Prior to the trip, the defendant discussed plans with other individuals on Facebook to bring firearms and knives to Washington, D.C. In one conversation, the defendant sent a picture of three knives and stated on January 5, 2021 that he intended to conceal the knives, "one for my boot, one for my waist and one for my pocket." The defendant also texted pictures of firearms that he intended to bring Washington, D.C.

10. On January 6, the defendant attended the "Stop the Steal" rally with his family and then marched with other protestors to the U.S. Capitol.

11. Shortly before 2:19 p.m., the defendant was on restricted grounds, as part of the mob that had gathered near the northwest staircase next to the Lower West Terrace at the U.S. Capitol Building.

12. The defendant entered the U.S. Capitol Building at approximately 2:19 p.m. through the Senate Wing Door a Senate Wing door near room S139 and walked south inside the Capitol Building toward the Crypt and then walked south through the Crypt with a large crowd of people. The defendant remained inside the U.S. Capitol building or restricted grounds for approximately one hour and fifty-three minutes, or until approximately 4:23 p.m.

13. While inside the U.S. Capitol building, the defendant received a message on Facebook stating, "all over the computer capitol was stormed, u ok?" From inside the building, the defendant replied, "I'm in it". On January 8, 2022, the defendant admitted in Facebook private messages that he was attempting to enter offices inside the U.S. Capitol, stating in one conversation that, "the office we found open was pelosis with her laptop open". When asked if he was "in there," the defendant responded, "yeah." The defendant sent pictures of the plaque above a doorway that read, "Speaker of the House Nancy Pelosi" and pictures of four TV screens that were inside the office. The defendant stated in private messages "thats pelosis office and her 4 tv screens . . . that was me waling in her office . . . STOP THE STEAL". The defendant took several pictures to document his entry and passage through the U.S. Capitol Building and sent them to various recipients through Facebook.

## *Elements of the Offense*

14. The defendant knowingly and voluntarily admits to all the elements of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 18 U.S.C. § 5104(e)(2)(G). Specifically, the defendant admits that

- The defendant willfully and knowingly entered the U.S. Capitol Building knowing that he did not have permission to do so. The defendant further admits that while inside the Capitol, the defendant willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____
Andrew J. Tessman
Assistant United States Attorney
WV Bar No. 13734

## DEFENDANT'S ACKNOWLEDGMENT

I, Devin Kiel Rossman, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 8/16/22

_____
Devin Kiel Rossman
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 8/16/22

_____
Ronna Holloman-Hughes
Attorney for Defendant