CO 526 Rev. 5/2018



**FILED**
SEP 9 - 2022
Clerk, U.S. District and Bankruptcy Courts

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 22CR280-01 (BAH) |
| ) | |
| DEVIN ROSSMAN ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

Devin Rossman
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____  Date: Sept. 9, 2022

Beryl A. Howell
United States District Judge