# FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF MISSOURI
1000 Walnut,
SUITE 600
KANSAS CITY, MISSOURI 64106

**Laine Cardarella**  (816) 471-8282
FEDERAL PUBLIC DEFENDER  (FAX): (816) 471-8008
  (WEB): www.fpdmow.org

November 8, 2022

Mr. Robert Walters
United States Probation Office

Re:   United States Vs. Devin Rossman 22CR00280-001

Dear Mr. Walters:

I have reviewed the Preliminary Pre-sentencing Investigation Report with Mr. Rossman. Mr. Rossman has the following objections:

**Paragraph No 16,** Mr. Rossman did not take any weapons to the Rally. His conversations on Facebook reflect the fact that he thought he would be trapped by BLM or Antifa and not to initiate violence; and

**Paragraph No 17,** Mr. Rossman did not attend the Rally with his family. He was alone.

Sincerely,

/s/ Ronna Holloman-Hughes
Ronna Holloman-Hughes
Attorney at Law