UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Case No.: 22-cr-280 (BAH) |
| | ) |
| | ) |
| DEVIN ROSSMAN, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to Assistant Federal Public Defender Kathryn D'Adamo Guevara. Please send copies of all notice and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
KATHRYN D'ADAMO GUEVARA
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500 ext. 111
Katie_Guevara@fd.org