**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **:** |
| **v.** | **:**　　**1:22-CR-00280-001** |
| **DEVIN ROSSMAN** | **:** |

**UNOPPOSED MOTION TO CONTINUE HEARING ON VIOLATION AND CONVERT HEARING TO VIRTUAL**

Mr. Devin Rossman, through undersigned Counsel, respectfully requests that this Court continue the hearing on violation currently set for December 1, 2023 for approximately four weeks. Counsel states the following in support of this motion:

1) A hearing on violation in this case is currently set for December 1, 2023 in person.

2) Mr. Rossman lives in Independence, Missouri. He unfortunately recently experienced a loss in income, and is unable to afford to fly to Washington, DC for this hearing set on Friday, December 1, 2023.

3) Counsel is also set to begin a trial which is anticipated to last approximately two weeks on December 4, 2023.

4) Counsel respectfully requests that this hearing be continued for approximately four weeks in order for Counsel to prepare for the hearing on violation.

5) Counsel further respectfully requests that the hearing be converted to a virtual hearing so that Mr. Rossman can avoid the cost of traveling to DC for the hearing.

6) Counsel spoke with Government Counsel in this matter, who does not oppose either the request for a continuance nor a request that the hearing be converted to a virtual hearing.

7) Defense Counsel and Counsel for the Government are generally available the week of January 2, 2023 and the week of January 15, to the extent the Court has availability then as well.

8) Counsel reached out to both Probation Officer Yana Brown on November 27, 2023 and as of the filing was unable to obtain Officer Brown's position on this request.

WHEREFORE, in light of the foregoing, Defense Counsel respectfully requests that this Court vacate the currently-scheduled hearing on violation set for December 1, 2023, and reset the hearing virtually for the week of January 2 or January 15, 2023.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

KATHRYN D'ADAMO GUEVARA
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500 ext. 111
Katie_Guevara@fd.org