UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 1:22-CR-00280-001 |
| **DEVIN ROSSMAN** | : | |

**PROPOSED ORDER**

Upon consideration of the Defendant's Unopposed Motion to Continue Hearing on Violation and Convert Hearing to Virtual, it is hereby ORDERED on this _____ of November, 2023 that the Motion is GRANTED and the Hearing on Violation previously scheduled for December 1, 2023 is VACATED;

It is further ORDERED that the next hearing on violation will take place on _____ and that the Defendant shall be permitted to appear virtually.

_____
U.S. DISTRICT COURT