UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:22-CR-00280-001 |
| DEVIN ROSSMAN | : | |

### MOTION TO CONVERT HEARING TO VIRTUAL IN THE ALTERNATIVE CONTINUE HEARING ON VIOLATION

Mr. Devin Rossman, through undersigned Counsel, respectfully requests that this Court reconvert the hearing on violation currently set for December 1, 2023 to a virtual hearing. In the alternative, Counsel respectfully requests that this Court continue the hearing on violation for approximately 3-4 weeks so that Mr. Rossman can make cost-effective travel arrangements to travel from Missouri to Washington, DC for the hearing. Counsel states the following in support of this motion:

1) On November 15, 2023, the U.S. Probation Office filed a petition in this case alleging the following violations on the part of Mr. Rossman: 1) that he failed to make all required payments toward restitution; 2) that he used or possessed alcohol on September 19, 2023; 3) that he failed to notify his probation officer of a change in employment status; and 4) that he has failed to attend some required classes.

2) The U.S. Probation office requested that the Court issue a summons and schedule a hearing on violation. The report also notes that Mr. Rossman has been complying with other substantial aspects of supervision.

3) A hearing on violation in this case was originally set for December 1, 2023. Counsel filed an unopposed motion to continue the hearing and to convert the hearing to virtual, given Mr. Rossman's residence in Missouri and the fact that Counsel was set to begin a trial on December 4, 2024. The Court granted the Defense's motion, and reset the hearing for January 5, 2024 virtually.

4) On Friday, December 29, 2023, the Court reconverted the hearing to an in-person hearing.

5) Counsel was out of the office for the holidays and was not able to reach out to Mr. Rossman until today, January 2, 2024.

6) Mr. Rossman continues to struggle financially, and is unable to afford the high cost of a last minute flight to DC, which is currently close to $1,000.

7) Mr. Rossman remains employed, and is striving to keep up with his rent, restitution and other financial obligations. However, such a significant cost will send him further into default.

8) At the hearing, Counsel expects to provide the Court with information that Mr. Rossman is attempting to gain better financial footing to make more payments on his restitution by obtaining better employment, that he has been attending a number of weekly classes as required, and other mitigating circumstances. Counsel continues to gather that information, including through records requests, and may still be in the process of collecting that information come Friday, January 5, 2024.

9) Mr. Rossman further lives alone without family nearby in Missouri, and if he is ultimately found in violation and ordered to serve time in custody, Counsel would request that he be permitted to self-surrender after being granted time to vacate the apartment he rents, secure his belongings, and give notice at his current job.

10) As such, Counsel respectfully requests that the Court reconvert the hearing this Friday, January, 5, 2025 to a virtual hearing.

11) In the alternative, Counsel respectfully requests one last continuance for 3-4 weeks to permit Mr. Rossman to make travel arrangements to come to DC in a more cost-effective fashion.

12) Counsel reached out to the new AUSA in this case, Sarah Martin, regarding these circumstances, who indicated that the U.S. is ready to move forward with revocation, and as such opposes Counsel's request for a virtual hearing as well as a continuance.

WHEREFORE, in light of the foregoing, Defense Counsel respectfully requests that this Court convert the hearing on violation set for January 5, 2023 to a virtual hearing, or in the alternative, Counsel requests one last continuance for 3-4 weeks so that Mr. Rossman can make timelier and more cost effective arrangements to travel to DC from Missouri for the hearing.

                                                           Respectfully submitted,

                                                           A. J. KRAMER
                                                           FEDERAL PUBLIC DEFENDER

                                                                /s/
                                            _____
                                            KATHRYN D'ADAMO GUEVARA
                                            Assistant Federal Public Defender
                                            625 Indiana Avenue, N.W.
                                            Suite 550
                                            Washington, D.C.  20004
                                            (202) 208-7500 ext. 111
                                            Katie_Guevara@fd.org