**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**              :

               **v.**                              :          **1:22-CR-00280-001**

**DEVIN ROSSMAN**                          :

**PROPOSED ORDER**

Upon consideration of the Defendant's Motion to Reconvert Hearing on Violation to

Virtual or, In the Alternative, Continue the Hearing, it is hereby ORDERED on this _____of

January 2024 that the Motion is GRANTED and the Hearing on Violation scheduled for January

5, 2024 is [converted to a virtual hearing] OR [is VACATED and rescheduled for _____,

2024].

               SO ORDERED.

                                                       _____

                                                       U.S. DISTRICT COURT