Case 1:22-cr-00280-BAH   Document 55   Filed 07/19/24   Page 1 of 2
**Leave to file GRANTED**
**July 19, 2024**

Honorable Judge Howell,                    7/8/24

    I am writing to you today for clarification on my sentence. According to my current detention I was ordered to serve five months for violating my probation; that was April 16th 2024. Originally your honor issued me thirty two days of confinement back on Dec 9th of 2023. The 32 days I originally did was served under Home-Confinement, confinement is time served none the less, it is not showing on my time credited judgement & commitment, nor anywhere else. I am asking for the record to show and credit that I completed the original thirty two days of confinement, so that it will reflect the accurate release date which should be 7/30 versus 9/1/24.

    Sincerly,

    Devin Rossman #01286-510
    Inmate at F.C.I. Berlin N.H.

